**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

**JERIMIAH WILSON**                                                              **PLAINTIFF**
**ADC #152061**

**V.**                                  **NO. 4:26-cv-00593-KGB-ERE**

**DEXTER PAYNE,** *et al.*                                            **DEFENDANTS**

## **ORDER**

On June 12, 2026, *pro se* plaintiff Jerimiah Wilson, an Arkansas Division of

Correction inmate, filed this 42 U.S.C. § 1983 case. *Doc. 2*. Mr. Wilson's complaint

alleges that his constitutional rights were violated while he was housed at the Omega

Unit.

Mr. Wilson's claims arose in Malvern, Arkansas, where the potential

Defendants are located. Malvern, Arkansas is in the Western District of Arkansas.

Venue is proper in the judicial district where "any defendant resides" or where "a

substantial part of the events or omissions giving rise to the claim occurred." 28

U.S.C. § 1391(b). Accordingly, venue is not proper in this district.

Rather than dismiss the case for improper venue, the Court will transfer the

case to the Western District of Arkansas, where venue is proper. See 28 U.S.C. §

1406(a) (providing that the "district court of a district in which is filed a case laying

venue in the wrong division or district shall dismiss, or if it be in the interest of

justice, transfer such case to any district or division in which it could have been brought").

IT IS THEREFORE ORDERED THAT the Clerk of Court is directed to transfer this case immediately to the United States District Court for the Western District of Arkansas.

Dated 15 June 2026.

_____
UNITED STATES MAGISTRATE JUDGE